UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

LEWIS VINCENT HUGHES,

        Defendant.

Case No. MJ08-459

DETENTION ORDER

Offenses charged:

    Count 1: Conspiracy, in violation of 18 U.S.C. § 371

    Count 2: Mail Fraud, Aiding and Abetting, in violation of 18 U.S.C. §§ 1341 and 2

    Count 3: Bank Fraud, Aiding and Abetting, in violation of 18 U.S.C. §§ 1344 and 2

Date of Detention Hearing: October 15, 2008.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant declined to be interviewed so background ties unknown.

(2)    Defendant contests legitimacy of court and would therefore be unwilling to follow order or supervision.

(3)    Defendant failed to perform well while on previously ordered supervised

release.

(4) Defendant detained without prejudice to ask the Court to reconsider the detention order at initial appearance in the Western District of North Carolina.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the Western District of North Carolina and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of October, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge